PONDERSON  v.  MRS.  AVERY,  ADMINISTRATRIX  ON  HER
HUSBAND'S  ESTATE.

Creditors barred of their claims by the disallowance of commissioners.

ACTION of book-debt, for a debt due from said deceased.

Plea in abatement — That the estate of said deceased was represented insolvent, and commissioners were appointed; and that the plaintiff exhibited to them, the demand on book for which this action is brought, and was by said commissioners examined and disallowed.

The plaintiff replied — That said deceased's estate is not insolvent, but sufficient to pay all the debts; and the defendant demurred to the reply — Judgment that the reply of the plaintiff is insufficient.

This judgment was afterwards affirmed in the Supreme Court of Errors.  Upon the principle that the creditors must be concluded, as to their claims by the report of the commissioners; whether the estate turns out to be insolvent or not; for otherways the settlement of estates would be greatly delayed, if not wholly prevented; and executors and administrators be exposed to great risk and damage.